# United States Court of Appeals for the Fifth Circuit

United States Courts
Southern District of Texas
FILED
*October 30, 2026*
Nathan Ochsner, Clerk of Court

No. 26-20486

United States Court of Appeals
Fifth Circuit
**FILED**
October 30, 2026
Thomas B. Plunkett, III
Clerk

ANTOINE DAVIS-BEY,

*Plaintiff—Appellant,*

*versus*

STATE OF TEXAS; CHRISTOPHER G. MORALES; COLLIN SCOVILL; JASMINE ROBERTS; RODNEY HEARN,

*Defendants—Appellees.*

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:25-CV-1607

CLERK'S OFFICE:

Under 5TH CIR. R. 42.3, the appeal is dismissed as of October 30, 2026, for want of prosecution. The appellant failed to timely order transcript and make financial arrangements with court reporter.

THOMAS B. PLUNKETT, III
Clerk of the United States Court
of Appeals for the Fifth Circuit

By: ______________________
Dantrell L. Johnson, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT

**A True Copy**
**Certified order issued Oct 30, 2026**

**Clerk, U.S. Court of Appeals, Fifth Circuit**

# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**THOMAS B. PLUNKETT, III**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

October 30, 2026

Mr. Nathan Ochsner
Southern District of Texas, Houston
United States District Court
515 Rusk Street
Room 5300
Houston, TX 77002

No. 26-20486 Davis-Bey v. State of Texas
USDC No. 4:25-CV-1607

Dear Mr. Ochsner,

Enclosed is a copy of the judgment issued as the mandate.

Sincerely,

THOMAS B. PLUNKETT, III, Clerk

By: Dantrell Johnson
Dantrell L. Johnson, Deputy Clerk
504-310-7689

cc w/encl:
Mr. Antoine Davis-Bey
Mr. Norman Ray Giles
Mr. William S. Helfand
Mr. Rolf Frank Krueger, II
Ms. Lucy Elizabeth Pruitt